IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMPAGIO ACQUISITION LLC and<br>SMB CAPITAL CORPORATION,<br><br>        Plaintiffs,<br><br>vs.<br><br>WORKSTREAM INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.:_____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS EMPAGIO ACQUISITION LLC
AND SMB CAPITAL CORPORATION RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Empagio Acquisition LLC ("Empagio") and SMB Capital Corporation ("SMB") file this Rule 7.1 Statement.

Empagio is not the subsidiary of any corporation. There is no publicly held company that owns 10% or more of Empagio's stock.

SMB is the wholly owned subsidiary of Empagio. There is no publicly held company that owns 10% or more of SMB's stock.

Dated: June 25, 2008

                                        **GREENBERG TAURIG, LLP**

                                        /s/ _____
                                        Michael J. Maimone (#3592)
                                        *maimonem@gtlaw.com*
                                        Titania Mack Parker (#4120)
                                        *parkertm@gtlaw.com*
                                        1007 North Orange Street, Suite 1200
                                        Wilmington, Delaware 19801
                                        Telephone: (302) 661-7000
                                        Facsimile: (302) 661-7360

                                        *Attorneys for Plaintiffs*

OF COUNSEL:

Tucker H. Byrd
Florida Bar No. 381632
GREENBERG TRAURIG, P.A.
450 South Orange Avenue, Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 841-1295