IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMPAGIO ACQUISITION LLC and<br>SMB CAPITAL CORPORATION,<br><br>       Plaintiffs,<br><br>v.<br><br>WORKSTREAM INC.,<br><br>       Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 08-386-SLR<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorney, subject to the approval of the Court, that the time for Defendant to answer or otherwise respond to Plaintiffs' Complaint, is extended through and including **Thursday, August 14, 2008.**

| | |
|---|---|
| /s/ Michael J. Maimone | /s/ David A. Felice |
| Michael J. Maimone (#3592) | Joseph J. Bellew (#4816) |
| Titania Mack Parker (#4120) | David A. Felice (#4090) |
| GREENBERG TRAURIG, LLP | COZEN O'CONNOR |
| 1007 North Orange Street, Suite 1200 | 1201 North Market Street, Suite 1400 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 661-7000 | Telephone: (302) 295-2000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this ___ day of _____ 2008.

_____
United States District Judge