IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMPAGIO ACQUISITION LLC and SMB CAPITAL CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> WORKSTREAM INC., <br><br> Defendant. | C.A. No. 08-386-SLR |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE, that Plaintiffs Empagio Acquisition LLC and SMB Capital Corporation, by and through their undersigned counsel, hereby dismiss this action without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and expenses, including attorneys' fees incurred in this action.

GREENBERG TRAURIG, LLP

/s/ Michael J. Maimone
Michael J. Maimone (Del. No. 3592)
*maimonem@gtlaw.com*
Titania Mack Parker (Del. No. 4120)
*parkertm@gtlaw.com*
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000

*Attorneys for Plaintiffs*

Dated: July 29, 2008